■ In the Matter of ROBERT TOCCO, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously modified on the law and as modified, confirmed, in accordance with the following memorandum: Petitioner, an inmate at Attica Correctional Facility, was charged with violating disciplinary rules 113.00, 113.11 and 113.15. Respondent concedes that rule 113.00 (7 NYCRR 270.1 [b] [14] [i]) does not set forth any specific acts of misconduct and is merely a series heading. We conclude that the finding that petitioner violated this rule should, therefore, be annulled. There was substantial evidence to support respondent's determinations on the remaining charges and we confirm those determinations. (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY L. KILNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—petit larceny.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ In the Matter of JOSE HERNANDEZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.—Judgment unanimously affirmed (see, Matter of Coleman v Kelly, 130 AD2d 976, lv granted 70 NY2d 733). (Appeal from judgment of Supreme Court, Oneida County, Grow, J.—art 78.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v GARY PAIGE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—robbery, first degree.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CORNELIUS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Niagara County Court, DiFlorio, J.—criminal possession of stolen property, second degree.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.